No. 01–8989. HELMS v. NELSON, WARDEN. Sup. Ct. Kan. Certiorari denied.

No. 01–8991. HUG v. TOMPKINS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–8994. FOSTER v. REWIS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–8998. LYNCH v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 01–9000. CLARK ET AL. v. WOODS ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–9001. CHISOLM v. DAY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–9002. OUTLAW v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 01–9004. ECHOLS v. HAYES, DEPUTY SHERIFF, ST. LOUIS, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–9007. CHRISTOPH v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–9010. SMILES v. LAVIGNE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–9015. PERKINS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–9017. CRUZ VARGAS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–9020. LANDAU v. SHANNON. C. A. 3d Cir. Certiorari denied.

No. 01–9025. EDWARDS v. STERNES, WARDEN. C. A. 7th Cir. Certiorari denied.